ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT
AUG 26 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 26 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK ROBERT LILLIS, | Case No. CV 10-06008 VAP (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| PAT ACEVAS, | |
| Respondent. | |

IT IS HEREBY ADJUDGED THAT the Petition is summarily dismissed without prejudice for the reasons stated in the related Order.

DATED: August 23, 2010

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE